**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LAURA YANET TORRES
VELASQUEZ; EDGAR DANIEL ORTIZ
MONROY,

　　　　　　Petitioners,

　v.

ERIC H. HOLDER JR., Attorney General,

　　　　　　Respondent.

No. 06-75754

Agency Nos. A075-738-428
　　　　　　　A075-738-427

MEMORANDUM[*]

On Petition for Review of Orders of the
Board of Immigration Appeals

Submitted February 17, 2011[**]
Pasadena, California

Before: GOODWIN, KLEINFELD, and GRABER, Circuit Judges.

　　Laura Yanet Torres Velasquez and her husband, Edgar Daniel Ortiz Monroy,

petition for review of an order denying asylum, withholding of removal, and relief

under the Convention Against Torture. Even assuming Torres Velasquez's and

---

　　[*]　　This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

　　[**]　　The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Monroy's testimony was credible, the immigration judge (IJ) permissibly found that any mistreatment they suffered did not have a nexus to a protected ground. *See* 8 U.S.C. § 1101(a)(42)(A).

In addition, the IJ permissibly found that Torres Velasquez's and Monroy's mistreatment did not rise to the level of persecution. *See, e.g., Fisher v. INS,* 79 F.3d 955, 960 (9th Cir.1996) (en banc). Finally, the IJ permissibly found that Velasquez's and Monroy's fear of future persecution was not objectively reasonable. *See* 8 C.F.R. § 1208.13(b)(2).

For the above reasons, we deny the petition.

**PETITION DENIED.**